# United States Court of Appeals
## For the First Circuit

No. 14-1110

UNITED STATES OF AMERICA,

Appellee,

v.

SEAN BROWN,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on November 4, 2015, is amended as follows:

On page 4, footnote 1, line 2, "Testified" should be "testified."